IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

HOWARD WHITE                              §

v.                                        §          CIVIL ACTION NO. 6:16cv172

TEXAS DEPARTMENT OF CRIMINAL              §
JUSTICE, ET AL.

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE
### AND ENTERING FINAL JUDGMENT

This lawsuit was severed out of a larger civil action and was referred by the Court to the

United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order

for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

The Magistrate Judge directed the Plaintiff to file an amended complaint and to pay the statutory

filing fee or seek leave to proceed *in forma pauperis*, but the Plaintiff did not comply with these

orders.

After review of the record, the Magistrate Judge issued a Report recommending that the

lawsuit be dismissed without prejudice for failure to prosecute or to obey an order of the Court.  A

copy of this Report was sent to the Plaintiff at his last known address, return receipt requested, but

no objections have been received; accordingly, he is barred from *de novo* review by the District

Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error,

from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted

and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d

1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge.

Upon such review, the Court has determined that the Report of the Magistrate Judge is correct.  *See*

*United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.") It is accordingly

     **ORDERED** that the Report of the Magistrate Judge (docket no. 4) is **ADOPTED** as the opinion of the District Court. It is further

     **ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court. Finally, it is

     **ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.


**So Ordered and Signed**

**Sep 30, 2017**

_____
Ron Clark, United States District Judge